## 5763. CURRY v. THE STATE.

RUSSELL, C. J. The trial was not free from errors which in a close case would require a new trial, but inasmuch as there was evidence which would have authorized a verdict finding the accused guilty of murder, and all the other evidence in the case, as well as the statement of the defendant himself, demanded the verdict finding him guilty of voluntary manslaughter, it was not error to overrule the motion for a new trial.

*Judgment affirmed.*

DECIDED JULY 7, 1914.

Indictment for murder—conviction of voluntary manslaughter; from McDuffie superior court—Judge H. C. Hammond. April 15, 1914.

*J. B. Burnside, A. K. Forney,* for plaintiff in error.

*A. L. Franklin, solicitor-general, John T. West,* contra.